IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 04-cv-1798-RPM-BNB

BAUERMEISTER, INC., a Tennessee corporation,

    Plaintiff,

v.

LEPRINO FOODS COMPANY, a Colorado corporation,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 4 2005

GREGORY C. LANGHAM
                      CLERK

---

### ORDER TO DISMISS WITH PREJUDICE

---

THIS MATTER having come before the Court on the parties' Stipulated Joint Motion for Dismissal with Prejudice, and the Court being fully advised in the premises;

IT IS, THEREFORE, ORDERED that the Stipulated Joint Motion for Dismissal with Prejudice be, and hereby is, GRANTED;

IT IS FURTHER ORDERED that the parties shall pay their own attorneys fees and costs.

ORDERED this 14th day of Sept, 2005.

_____
United States District Court Judge